IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

KURT L. MOFFITT                                                                                            PLAINTIFF

vs.                                            Civil No. 3:06-cv-03065

MICHAEL J. ASTRUE                                                                                      DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

For reasons stated in a Memorandum Opinion of this date, I hereby reverse the decision of the Commissioner and remand this case for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED AND ADJUDGED** this **6th day of September 2007.**

/s/   Barry A. Bryant
Honorable Barry A. Bryant
United States Magistrate Judge